46 A.3d 708

Stacy COBB, Petitioner

v.

Marirosa LAMAS, Superintendent at the State Correctional Institute at Rockview, Seth Williams, The District Attorney for the County of Philadelphia, The Superior Court of Philadelphia, Respondents.

No. 58 EM 2012.

Supreme Court of Pennsylvania.

June 14, 2012.

## ORDER

PER CURIAM.

AND NOW, this 14th day of June, 2012, the Application for
Leave to File Original Process is GRANTED, and the Petition

148

for Writ of Mandamus and/or Extraordinary Relief and the Application for Stay are **DENIED.**